**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Kai Anne-Marie Collins
_____

Matthew Michael Collins
_____

_____
  *(In the space above enter the full name(s) of the plaintiff(s).)*


**- against -**

Holmdel Township Board of Education
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: [ X ] Yes  [ ] No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
        additional sheets of paper as necessary.


| Plaintiff | Name | Kai and Matthew Collins |
|---|---|---|
| | Street Address | 127 South Telegraph Hill Road |
| | County, City | Monmouth County, Holmdel |
| | State & Zip Code | New Jersey 07733 |
| | Telephone Number | Kai: (347) 413-4489 and Matthew: (704) 497-7750 |

B.  List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Holmdel Township Board of Education__

Street Address __65 McCampbell Road__

County, City __Monmouth County, Holmdel__

State & Zip Code __New Jersey 07733__

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Indiviuals with Disabilities Act (IDEA), specifically Child Find Obligation and Free Appropriate Public Education (FAPE) and The Fourteenth Amendment's Due Process Clause__

- 2 -

- 3 -

C.       If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.       Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.       Where did the events giving rise to your claim(s) occur? Holmdel Township School District

_____

B.       What date and approximate time did the events giving rise to your claim(s) occur?  2019 - 2024

_____

_____

| What happened to you? |
| --- |

C.       Facts: _____ **Refer to "Cause of Action" PDF Document** _____

_____

_____

_____

_____

| Who did what? |
| --- |

_____

_____

_____

_____

| Was anyone else involved? |
| --- |

_____

_____

_____

_____

| Who else saw what happened? |
| --- |

_____

_____

- 3 -

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____


**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

**Refer to "Cause of Action" PDF Document**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 06 day of January , 20 25 .

Signature of Plaintiff *Kai Collins* & *Matthew Collins*

Mailing Address 127 South Telegraph Hill Road

Holmdel, NJ 07733

Telephone Number (347) 413-4489 & (704) 497-7750

Fax Number *(if you have one)*

E-mail Address kai_carlisle@yahoo.com & collins.06@gmail.com

<u>N</u>ote:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

*Kai Collins* 01/06/2025
Signature of Plaintiff: *Matthew Collins* 01/06/2025

**United States District Court for the District of New Jersey**

**K.C. and M.C., on behalf of C.C., Petitioners,**

**v.**

**Holmdel Township Board of Education, Respondent**

**Docket No.: EDS 07732-2024 S**

---

**VI. CAUSE OF ACTION**

**Civil Complaint for Appeal of ALJ's Decision(s) issued on 08/22/2024, 09/16/2024 and 10/25/2024**

This appeal arises from the Holmdel Township School District's systemic failure to identify and provide an appropriate education for our daughter, C.C., as mandated under the Individuals with Disabilities Education Act (IDEA). Despite clear evidence of C.C.'s learning difficulties beginning in 2019, the District repeatedly failed to conduct proper evaluations, implement necessary interventions, or meet its obligations under federal law.

The District failed to meet its burden, relying instead on incomplete evaluations, superficial data (such as inflated MAP scores), and dismissive practices to avoid identifying C.C.'s disability. Despite this, the ALJ ignored critical evidence and testimony that demonstrated the District's pattern of neglect. Specifically:

1. The exclusion of testimony regarding the inadequate evaluations from 2019, which omitted crucial occupational and other specialized tests that would have identified C.C.'s disability.

   o When we filed for due process, we specifically pointed out the District's failure in 2019 to conduct a comprehensive occupational evaluation. The District's attorney, in a letter sent prior to the resolution meeting, preemptively cited three of the four evaluations C.C. underwent in 2019 but purposefully omitted any mention of the occupational evaluation.

- o   During the initial hearing conference, we attempted to bring this omission and the District's bad faith to Judge Gertsman's attention. However, the judge interrupted us, stating that we "should not make the call adversarial" and refused to allow this issue to be entered into the record. This denial prevented us from documenting the District's bad faith actions at the outset.

2.  The dismissal of evidence showing the District's reliance on an unaccountable RTI process, which delayed C.C.'s eligibility for services.

3.  The denial of evidence demonstrating that the wrong version of MAP testing was intentionally used to artificially inflate C.C.'s academic progress and mask her struggles. This practice allowed the District to avoid identifying C.C. as a student in need of services and denied her the support guaranteed under IDEA.

4.  The ALJ's misinterpretation of Principal Vitale's email, which revealed an intent to pass the burden of C.C.'s education onto our family, as anything but an abdication of the District's legal responsibilities.

---

**Procedural Background and Current Circumstances**

In 2019, the District failed to perform a comprehensive occupational evaluation, omitting tests that would have clearly identified C.C.'s disability. As parents without expertise in education or law, we trusted the District to conduct the necessary evaluations and guide us through the process. Instead, we were given a link to the PRISE booklet and left to navigate an opaque system on our own.

How could we have known that this booklet meant we needed to formally disagree with the District's evaluation, hire an attorney, and prepare to litigate against a public school district? We lacked the resources and knowledge to effectively advocate for our child. The District's negligence in communicating our rights under IDEA created insurmountable barriers to accessing the services C.C. needed.

We filed for due process to address the District's failures to evaluate, identify, and educate C.C. Despite the severity of these failures, the Administrative Law Judge (ALJ), Judge Gertsman, dismissed three of our four claims through summary decision, preventing us from presenting critical evidence and arguments during a full hearing. This dismissal shielded the District from accountability for its clear violations of IDEA.

The District's neglect has caused significant harm, with consequences that persist to this day.

**Concerns and Lack of Accountability**

If there is no effective mechanism for us to hold a school district accountable for its violations, what purpose does federal law serve?

IDEA was designed to protect C.C. and ensure her right to a Free Appropriate Public Education (FAPE). However, the law became meaningless when we were unable to enforce it due to financial constraints, delays by the District, and countless procedural barriers.

We faced a significant disadvantage by representing our daughter, pro se. Without access to legal representation, we could not adequately counter the District's tactics or navigate the complexities of the due process system. The ALJ repeatedly dismissed our concerns, ruled against us on procedural technicalities, and denied us a fair opportunity to present evidence of the District's systemic failures.

When the court ignored and excluded evidence and testimony that refuted the District's claims, the burden of proof effectively shifted from the District back to our family—a complete inversion of the law's intent. IDEA was established to place the obligation squarely on school districts to evaluate, identify, and provide appropriate educational services to students with disabilities.

**V. RELIEF REQUESTED**

We respectfully ask this Court to:

1. Reverse the ALJ's summary decision on all claims.
2. Award reimbursement for the years of denial of education, including the expenses incurred for private school placement and evaluations that should have been provided by the District.
3. Recognize the immense harm caused to C.C. and our family, including the unnecessary angst, financial strain, and emotional toll we have all endured.

Our family should not bear the financial and emotional cost of a school district's failure to comply with federal law. IDEA is meant to protect our child with a disability, but without accountability measures that we can access, its protections are hollow.

We trust this Court will uphold the principles of IDEA by ensuring that the District is held accountable for its failures and violations.

**Respectfully submitted,**

/s/ Kai Collins

**Kai Collins, Pro Se Petitioner**

/s/ Matthew Collins

**Matthew Collins, Pro Se Petitioner**