**NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE APPEAL - Docket Number EDS 07732-2024**

**To: United States District Court for the District of New Jersey**

---

**K.C. and M.C. o/b/o C.C.,**
**Petitioners,**

v.

**Holmdel Township Board of Education,**
**Respondent.**

Docket Number: EDS 07732-2024 S

---

## NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE APPEAL

**To:** United States District Court for the District of New Jersey

**PLEASE TAKE NOTICE** that Petitioners, Kai Collins and Matthew Collins, pro se litigants in the matter referenced above, hereby move this Court for an extension of time to file a notice of appeal from the decision issued by the Office of Administrative Law (OAL). This motion is made pursuant to Federal Rule of Appellate Procedure Rule 4(a)(5) and is supported by the accompanying Certification.

**Dated:** January 6, 2025

Respectfully submitted,

/s/ Kai Collins
Kai Collins
Pro Se Petitioner
Address: 127 South Telegraph Hill Road, Holmdel, NJ 07733 – Monmouth County
Phone: (347) 413-4489
Email: kai_carlisle@yahoo.com

/s/ Matthew Collins
Matthew Collins
Pro Se Petitioner

1

Address: 127 South Telegraph Hill Road, Holmdel, NJ 07733 – Monmouth County
Phone: (704) 497-7750
Email: collins.06@gmail.com

---

## CERTIFICATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE APPEAL

We, Kai Collins and Matthew Collins, certify the following under penalty of perjury:

1.  We are the Petitioners in the matter of **K.C. and M.C. o/b/o C.C. v. Holmdel Township Board of Education**, Docket Number **EDS 07732-2024 S**, and we are writing to formally request an extension for filing a due process appeal regarding the decision issued by the Office of Administrative Law (OAL).
2.  As pro se litigants, this is our first time navigating this complex legal process. We are diligently working to prepare our appeal but face significant challenges.
3.  Specifically, we are currently:
    o   Working to compile and organize the necessary documents to support our appeal.
    o   Securing transcripts from the hearings held on **September 16, 2024**, and **October 25, 2024**, as well as the **summary judgment issued on August 22, 2024**.
    o   Researching applicable case law and federal regulations.
4.  These efforts are time-intensive, and due to financial and logistical constraints, we require additional time to complete them.
5.  We respectfully request an extension of **90 days** to file the appeal. This additional time will enable us to:
    o   Obtain and review all required documentation.
    o   Ensure compliance with procedural and substantive requirements for the appeal.
    o   Present a complete and accurate submission to facilitate a fair review by the Court.
6.  We appreciate the Court's understanding of the challenges faced by pro se litigants and ask for its consideration in granting this request. We believe this extension is necessary to allow for a fair and equitable review of our case.
7.  We certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements are willfully false, we are subject to punishment under penalty of perjury.

**Dated:** January 6, 2025

Respectfully submitted,

/s/ Kai Collins
Kai Collins

/s/ Matthew Collins
Matthew Collins

---

## CERTIFICATE OF SERVICE

We hereby certify that a copy of the **Notice of Motion for Extension of Time to File Appeal** and the accompanying **Certification** have been served on:

1. **Holmdel Township Board of Education's Representation**

These documents were served via email.

**Dated:** January 6, 2025

/s/ Kai Collins
Kai Collins

/s/ Matthew Collins
Matthew Collins