**NOTICE OF MOTION TO WAVE OF COURT FEES - Docket Number EDS 07732-2024**

**To: United States District Court for the District of New Jersey**

---

**K.C. and M.C. o/b/o C.C.,**
**Petitioners,**

v.

**Holmdel Township Board of Education,**
**Respondent.**

Docket Number: EDS 07732-2024 S

---

## NOTICE OF MOTION TO WAVE COURT FEES

**To:** United States District Court for the District of New Jersey

**PLEASE TAKE NOTICE** that Petitioners, Kai Collins and Matthew Collins, pro se litigants in the matter referenced above, hereby move this Court to wave fees to appeal the decisions issued by the Office of Administrative Law (OAL).

**Dated:** January 6, 2025

Respectfully submitted,

/s/ Kai Collins
Kai Collins
Pro Se Petitioner
Address: 127 South Telegraph Hill Road, Holmdel, NJ 07733 – Monmouth County
Phone: (347) 413-4489
Email: kai_carlisle@yahoo.com

/s/ Matthew Collins
Matthew Collins
Pro Se Petitioner
Address: 127 South Telegraph Hill Road, Holmdel, NJ 07733 – Monmouth County

1

Phone: (704) 497-7750
Email: collins.06@gmail.com

---

## CERTIFICATION IN SUPPORT OF MOTION TO WAVE COURT FEES

We, Kai Collins and Matthew Collins, certify the following under penalty of perjury:

1. We are the Petitioners in the matter of **K.C. and M.C. o/b/o C.C. v. Holmdel Township Board of Education**, Docket Number **EDS 07732-2024 S**, and we are writing to formally request the court wave the fees to appeal due process decisions issued by the Office of Administrative Law (OAL).
2. Requiring us to pay such fees in cases concerning the fundamental right to education is not only unjust but also perpetuates the inequitable and predatory practices against us when we advocate for our child's federally guaranteed rights under the Individuals with Disabilities Education Act (IDEA).
3. This case arises from our efforts to secure access to education for our child, which is a right protected by federal law. This dispute is with our school district—a publicly funded entity that relied on taxpayer dollars to employ legal representation to aggressively litigate against our family.
4. We, on the other hand, do not have comparable resources. The financial burden of litigation disproportionately impacted on our family, creating a significant barrier in accessing justice for our child.
5. It is particularly unjust to require that we bear court fees when these cases are rooted in efforts to ensure compliance with IDEA, a law designed to protect children with disabilities.
6. Requiring us to pay fees to pursue our child's educational rights contradicts the very purpose of IDEA, which is to provide equitable access to education.
7. Requiring court fees in this context compounds the inequity that we have already faced having a child with a disability, and undermines the principles of justice and fairness that our legal system is intended to uphold.
8. We respectfully urge the court to consider these facts and grant a waiver of all court fees in this matter.
9. We appreciate the Court's understanding of the challenges faced by pro se litigants and ask for its consideration in granting this request.
10. We certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements are willfully false, we are subject to punishment under penalty of perjury.

**Dated:** January 6, 2025

Respectfully submitted,

/s/ Kai Collins
Kai Collins

/s/ Matthew Collins
Matthew Collins

---

## CERTIFICATE OF SERVICE

We hereby certify that a copy of the **Notice of Motion to Wave Court Fees** and the accompanying **Certification** have been served on:

1. **Holmdel Township Board of Education's Representation**

These documents were served via email.

**Dated:** January 6, 2025

/s/ Kai Collins
Kai Collins

/s/ Matthew Collins
Matthew Collins