AO 240A  (Rev. 01/09; NJ 06/17; NJ 10/21)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| K.C & M.C on behalf of C.C<br><br>            Plaintiff(s),<br><br>**v.**<br><br>HOLMDEL TOWNSHIP BOARD OF<br>            Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 3:25-cv-00190 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐    **GRANTED**, and

☐    The clerk is ordered to file the complaint,

☐    **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐    **DENIED**, for the following reasons:

☐    **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this        day of          , 2025    s/_____
                                                                 Signature of Judicial Officer

                                                                  Georgette Castner, USDJ
                                                                 Name and Title of Judicial Officer