UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| K.C., *et al.*, | Civ. No. 25-190 (GC)(JBD) |
| Plaintiffs, | **AMENDED PRETRIAL SCHEDULING ORDER** |
| v. | |
| HOLMDEL TOWNSHIP BOARD OF EDUCATION, | |
| Defendant. | |

The Court having held a telephone status conference on December 10, 2025; and the Court having set certain deadlines with the participation of counsel during that conference; and for good cause shown,

IT IS on this 11th day of December, 2025,

**ORDERED** that plaintiffs shall file the entire administrative record under seal no later than **January 9, 2026**; and it is further

**ORDERED** that plaintiffs may file a motion to supplement the administrative record no later than **February 6, 2026**, made returnable **March 2, 2026** with any opposition due **February 17, 2026** and any reply due **February 23, 2026**. Consistent with the Court's October 2, 2025 Text Order [Dkt. 42], if no motion to supplement is filed, the Court intends to accelerate the briefing schedule for summary judgment motions.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed according to the following protocol and schedule: the parties shall refrain from filing their summary judgment papers on the docket until all briefing has been completed; the parties are instead directed to serve their briefs on each other in accordance with the following schedule:

- Defendant's motion for summary judgment shall be served no later than **April 10, 2026**.

- Plaintiffs' cross-motion for summary judgment and any opposition to defendant's motion for summary judgment shall be served no later than **June 10, 2026**.

- Defendant's opposition to plaintiffs' cross-motion for summary judgment and any reply in support of its affirmative motion for summary judgment shall be served no later than **July 10, 2026**.

- Any reply in support of plaintiffs' cross-motion for summary judgment shall be served no later than **August 10, 2026**.

Once all papers have been exchanged as set forth above, the parties then shall file their respective motion papers via CM/ECF.

      **IT IS FURTHER ORDERED** that the Court will hold a telephone status conference before the undersigned on **March 30, 2026** at **2:00 p.m.** The Court will circulate dial-in information in advance of the conference to all parties.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

2